UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

|  |  |
|---|---|
| IN RE: | CASE NO.: 16-42516 |
| Shayla Coleman<br>aka Shayla Coleman-Sutton<br>dba Shayla Coleman | CHAPTER: 7<br><br>HON. JUDGE.:<br>CARLA E. CRAIG |
| Debtor(s) | HEARING DATE:<br>SEPTEMBER 27, 2018 AT 11:00 AM |

-------------------------------------------------------------------X

## AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE**, that upon the application of BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust, the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. 362(d)(1), vacating the automatic stay to permit movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 800 Dekalb Avenue, Unit C8/4B Brooklyn, NY, 11221, and for such other and further relief as is just and proper.

This motion shall be heard at the United States Bankruptcy Court, Eastern District of New York, 271-C, Cadman Plaza East Suite 1595, Brooklyn, NY 11201-1800 on September 27, 2018 at 11:00 AM or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, must be served to be received not later than seven (7) days before the return date of this motion.

Dated: New York, NY
August 16, 2018

By: /s/ Adam J. Friedman
Adam J. Friedman, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for BSI Financial Services
as servicer for U.S. Bank Trust
National Association, as Trustee of
Bungalow Series F Trust

85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

To:

Shayla Coleman
a/k/a Shayla Coleman-Sutton
d/b/a Shayla Coleman
800 Dekalb Ave
Unit C8/4B
Brooklyn, NY 11221
***Debtor***

Steven A Grant
305 Broadway 9th Floor
New York, NY 10007
***Debtor's Attorney***

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021
***Trustee***

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
***U.S. Trustee***

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 16-42516 |
| Shayla Coleman<br>a/k/a Shayla Coleman-Sutton | CHAPTER: 7 |
| | HON. JUDGE: |
| Debtor | CARLA E. CRAIG |

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On August 16, 2018, I served a true copy of the annexed **AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Adam J. Friedman
Adam J. Friedman, Esq.
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

Shayla Coleman
a/k/a Shayla Coleman-Sutton
d/b/a Shayla Coleman
800 Dekalb Ave
Unit C8/4B
Brooklyn, NY 11221
***Debtor***

Steven A Grant
305 Broadway 9th Floor
New York, NY 10007
***Debtors Attorney***

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Trustee***

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021
***Trustee***

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
***U.S. Trustee***